No. 73–549. BELL SUPERVISORS PROTECTIVE ASSN. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C.

Cir.  Certiorari denied.